DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLINTON BURNS, III**
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3657

[February 15, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr, Judge; L.T. Case No. 91-18024 CF10A.

Clinton Burns, III, Estill, SC, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***